UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-281-TPB-JSS

SAUL ESTUPINAN YESQUEN

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a two-level reduction in the defendant Saul Estupinan Yesquen's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant was the first to provide truthful and timely information to the United States as to his role and the roles of others in the charged conspiracy. The United States believes that, because of his efforts on behalf of the United States, Estupinan Yesquen should receive a two-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the United States' motion for downward departure of the defendant's sentence.

                                      Respectfully submitted,

                                      KARIN HOPPMANN
                                      Acting United States Attorney

By:    */s/ Daniel M. Baeza*
        Daniel M. Baeza
        Assistant United States Attorney
        United States Attorney No. 164
        400 N. Tampa St. Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile:(813) 274-6358
        E-mail: daniel.baeza@usdoj.gov

U.S. v. Estupinan Yesquen                                    Case No. 8:20-cr-281-TPB-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Counsel of Record.

Defense Counsel of Record

/s/ Daniel M. Baeza
Daniel M. Baeza
Assistant United States Attorney
United States Attorney No. 164
400 N. Tampa St. Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile:(813) 274-6358
E-mail: daniel.baeza@usdoj.gov