```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION


UNITED STATES OF AMERICA,     )  Tampa, Florida
                              )
              Plaintiff,      )  No. 8:20-cr-281-T-60JSS
                              )
                              )  Docket No. 30
         vs.                  )
                              )  November 19, 2020
SAUL ESTUPINAN YESQUEN,       )
OSCAR TOLOZA ESTUPINAN, and   )
FREDY CAICEDO VALLECILLA,     )
                              )
              Defendants.     )  ZOOM VIDEOCONFERENCE
_____)
```

**TRANSCRIPT OF STATUS CONFERENCE**
BEFORE THE HONORABLE THOMAS P. BARBER
UNITED STATES DISTRICT JUDGE

*Official Court Reporter:*

*Scott Gamertsfelder, RMR, FCRR*
*801 North Florida Avenue*
*Tampa, Florida 33602*
*Telephone: (813) 301-5898*

*(Proceedings reported by stenotype; Transcript produced by computer-aided transcription.)*

# **A P P E A R A N C E S**

**GOVERNMENT COUNSEL:**

    **Toni Andrea Goodin, Assistant U.S. Attorney**
    United States Attorney's Office
    400 North Tampa Street, Suite 3200
    Tampa, Florida 33602
    (813) 274-6000

**DEFENSE COUNSEL:**

    **Kathleen Sweeney, Assistant Federal Public Defender**
    Federal Public Defender's Office
    400 North Tampa Street, Suite 2700
    Tampa, Florida 33602
    (813) 228-2715

    **Anne F. Borghetti, Esq.**
    Anne F. Borghetti, PA
    12211 49th Street North, #1
    Clearwater, Florida 33762
    (727) 502-0300

    **Shelton Sorrels Bridges IV, Esq.**
    Bridges Law Group, PLLC
    3690 West Gandy Boulevard, Suite 458
    Tampa, Florida 33608
    (813) 609-0071

- - -

1 **P R O C E E D I N G S**

2 November 19, 2020                                        2:18 p.m.

3                                    - - -

4            THE COURT:  Last case, U.S. versus Saul Yesquen,

5 Oscar Estupinan, and Fredy Vallecilla.  This is Mr. Baeza's

6 case.

7            Mr. Sinacore, do you want to cover this?  Who is

8 to cover this thing, Mr. Sinacore or Mr. Albritton?

9            MS. GOODIN:  I can cover it, Your Honor.  Dan

10 Baeza e-mailed me earlier and said he would not be able to

11 cover it.

12           THE COURT:  We have three prosecutors, so she's

13 going to do it.  She can handle it.  Thank you.

14           Okay.  Who is representing Mr. Yesquen?

15           MS. SWEENEY:  Kathleen Sweeney for Miss Casciola.

16           THE COURT:  Oscar Estupinan?

17           MS. BORGHETTI:  Anne Borghetti.

18           THE COURT:  Fredy Vallecilla?

19           MR. BRIDGES:  Shelton Bridges, Your Honor.

20           THE COURT:  It's a boat case.  I don't have a lot

21 of information on it.  It's a new case maybe.  Is that why I

22 don't know a lot about it?

23           MS. GOODIN:  Yes, Your Honor.  This is the first

24 status for this case, and it was superseded on the original

25 indictment because the field test came out with a different

1  controlled substance than what originally had been alleged.
2          THE COURT: You thought it was what?
3          MS. GOODIN: We thought it was heroin, and we
4  determined that it was cocaine.
5          THE COURT: It didn't go from heroin to aspirin or
6  jelly beans. We wouldn't be in court. Okay. What's the
7  game plan on this thing? Take it to the end of January and
8  see where we are?
9          MS. GOODIN: The defendants have a plea agreement,
10 so I would leave it January.
11         MS. SWEENEY: Your Honor, on behalf of
12 Mr. Yesquen, Miss Casciola was requesting two cycles since
13 her client is going through a proffer right now.
14         THE COURT: So I'm saying the end of January.
15 That's enough time. All of December, all of January, pretty
16 much, yes?
17         MS. SWEENEY: Yes, Your Honor.
18         THE COURT: We will see you January 20th at 1:30.
19         Pursuant to 18 USC 3161(h)(7)(A), I find the ends
20 of justice are served by continuing the case until then and
21 it outweighs the best interests of the public and defendant
22 to speedy trial and the time is excludable. COVID,
23 obviously, makes it hard to meet with clients and get things
24 done. So that's fine with me.
25         Anything else anybody else wants to talk about?

1     MS. BORGHETTI:  No, Your Honor.

2     MR. BRIDGES:  No, Your Honor.

3     THE COURT:  1-20-21.

4     MS. SWEENEY:  Have nice holiday, Your Honor.

5     THE COURT:  Take care everybody.  Nice to see you.

6     (Proceedings concluded at 2:21 p.m.)

7                          - - -

```
UNITED STATES DISTRICT COURT   )
                               )
MIDDLE DISTRICT OF FLORIDA     )
```

### **REPORTER CERTIFICATE**

I, Scott N. Gamertsfelder, Official Court Reporter for the United States District Court, Middle District of Florida, do hereby certify that pursuant to Section 753, Title 28, United States Code, and within the limitations of Zoom Videoconferencing, that the foregoing is a true and correct transcript from the stenographic notes taken by the undersigned in the matter of *UNITED STATES vs. SAUL ESTUPINAN YESQUEN, et al.*, Case No. 8:20-cr-281-T-60JSS (Pages 1 through 5), and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

/s/ *Scott N. Gamertsfelder*, RMR, FCRR
*Official Court Reporter*

Date: October 4, 2021