**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,

  vs.                      CASE NO. 8:20-cr-281-T-60JSS
                           October 8, 2020
                           Tampa, Florida
                           5:54 - 6:06 p.m.

Saul Estupinan Yesquen,
Oscar Toloza Estupinan,
Fredy Caicedo Vallecilla

              Defendants.
_____/

TRANSCRIPT OF INITIAL/ARRAIGNMENT/DETENTION/BOND HEARING
(Via Zoom Videoconference)
BEFORE THE HONORABLE JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Proceedings reported and transcribed by computer-aided stenography.

**APPEARANCES:**

| | |
|---|---|
| For the Government: | TONI GOODIN, ESQ. |
| | Assistant U.S. Attorney |
| | 400 N. Tampa Street, Suite 3200 |
| | Tampa, Florida 33602 |
| | 813/274-6000 |
| | |
| For the Defendant, | ADAM BENJAMIN ALLEN, ESQ. |
| Saul Estupinan Yesquen: | Assistant Federal Defender |
| | 400 N. Tampa Street, Suite 2700 |
| | Tampa, Florida 33602 |
| | 813/228-2715 |
| | |
| For the Defendant, | BRITTANY BROCHARD, ESQ. |
| Oscar Toloza Estupinan: | Anne F. Borghetti, PA |
| | 12211 49th Street North, Suite 1 |
| | Clearwater, Florida 33762 |
| | 727/502-0300 |
| | |
| For the Defendant, | SHELTON SORRELS BRIDGES IV, ESQ. |
| Fredy Caicedo Vallecilla: | Bridges Law Group, PLLC |
| | 3690 W. Gandy Blvd., #458 |
| | Tampa, Florida 33611 |
| | 813/609-0071 |
| | |
| Interpreter: | JESSIE LEONOR |
| | |
| Court Reporter: | Howard W. Jones, RPR, CMR, FCRR |
| | 801 N. Florida Avenue, Suite 15A |
| | Tampa, Florida 33602 |
| | 813/301-5024 |

* * * * * * * * *

**P R O C E E D I N G S**

(Court called to order.)

THE COURT: We are here in the case of United States vs. Saul Estupinan Yesquen, Oscar Toloza Estupinan, and Fredy Caicedo Vallecilla, and it's Case 8:20-cr-281.

Can I have the lawyers state your appearances for the record starting with counsel for the government.

MS. GOODIN: Good afternoon, Your Honor. Toni Goodin on behalf of the United States.

DEFENSE COUNSEL: And I am, Your Honor, Adam Allen, Assistant Federal Public Defender, on behalf of Saul Estupinan Yesquen.

MS. BROCHARD: Good afternoon, Your Honor. This is Britt Brochard appearing for Anne Borghetti on behalf of Oscar Toloza Estupinan.

MR. BRIDGES: Good afternoon, Your Honor. Shelton Bridges on behalf of Fredy Caicedo Vallecilla.

THE COURT: Good afternoon, everyone. If you will go ahead and mute your lines, that would be helpful. Under normal circumstances we would be proceeding in the courthouse and in the courtroom, but to avoid the spread of COVID19 we're conducting the initial appearances by video conference. Let me just confirm with the defendants that they agree to proceed this way.

Mr. Yesquen, do you agree to proceed by video

1 conference?

2 THE DEFENDANT: No. He's not part of the first
3 group. Vasquez is not part of the first group.

4 THE COURT: Mr. Saul Estupinan Yesquen.

5 DEFENSE COUNSEL: He's there.

6 DEFENDANT YESQUEN: Yes, I accept.

7 THE COURT: Mr. Oscar Toloza Estupinan, do you
8 agree to proceed by videoconference?

9 DEFENDANT ESTUPINAN: Yes.

10 THE COURT: And Mr. Fredy Caicedo Vallecilla, do
11 you agree to proceed by videoconference?

12 DEFENDANT VALLECILLA: Yes.

13 THE COURT: I do want to mention that recording or
14 broadcasting this hearing remains strictly prohibited. If
15 at any time the videoconference line is compromised, I'll
16 end it and we'll resume it using a different meeting ID.

17 Also if anyone is unable to hear at any time or
18 see at any time, just say so and then we'll address that
19 issue right away.

20 Mr. Adam Allen, do you agree to proceed by
21 videoconference?

22 MR. ALLEN: I do, Your Honor.

23 THE COURT: And is it your understanding your
24 client is wanting to proceed by videoconference as well?

25 MR. ALLEN: Yes, Your Honor, I discussed that with

```
 1  the interpreter prior to today's hearing.
 2          THE COURT:  Ms. Brochard.
 3          MS. BROCHARD:  Yes, Your Honor.
 4          THE COURT:  And Mr. Bridges?
 5          MR. BRIDGES:  Yes, Your Honor.
 6          THE COURT:  I do find that the defendants have
 7  knowingly and voluntarily agreed to participate in this
 8  hearing by videoconference and so we will proceed.
 9          We are here for Mr. Yesquen, Mr. Estupinan, and
10  Mr. Vallecilla's initial appearance.  You are here on a
11  superseding indictment.  You have been accused of committing
12  certain crimes.
13          In Count One you're charged with conspiring to
14  possess and distribute five kilograms or more of cocaine.
15          And you are also charged in Count Two with
16  possession with the intent to distribute five kilograms or
17  more of cocaine.
18          All of these crimes are alleged to have occurred
19  while on the high seas onboard a vessel subject to the
20  jurisdiction of the United States.
21          Mr. Yesquen, do you understand these charges?
22          DEFENDANT YESQUEN:  Yes.
23          THE COURT:  Mr. Estupinan, do you understand the
24  charges.
25          DEFENDANT ESTUPINAN:  Yes, sir.
```

1  THE COURT:  And, Mr. Vallecilla, do you understand
2  the charges.
3  DEFENDANT VALLECILLA:  Yes.
4  THE COURT:  You are all entitled to have an
5  attorney in your case.  You may consult with an attorney and
6  you may be represented by an attorney during all stages of
7  the proceedings in your case.  You do have the right to
8  retain counsel of your own choice, but if you cannot afford
9  an attorney, one will be appointed for you at no cost to
10 you.
11 Mr. Yesquen, do you understand your right to have
12 an attorney?
13 DEFENDANT YESQUEN:  Yes, sir.
14 THE COURT:  Can you afford to hire an attorney?
15 DEFENDANT YESQUEN:  I do not.
16 THE COURT:  And would you like to be represented
17 by an attorney?
18 DEFENDANT YESQUEN:  Of course.  Sure.
19 THE COURT:  I'll appoint Mr. Adam Allen and his
20 office to represent you in this matter.
21 Mr. Estupinan, do you understand your right to a
22 lawyer?
23 DEFENDANT ESTUPINAN:  I understood.
24 THE COURT:  Mr. Estupinan, can you afford to hire
25 a lawyer?

```
 1                DEFENDANT ESTUPINAN:  No, I do not.  I do not.
 2                THE COURT:  And would you like me to appoint a
 3   lawyer to represent you?
 4                DEFENDANT ESTUPINAN:  Yes, sir.
 5                THE COURT:  I will appoint Ms. Borghetti and her
 6   office to represent you in this case.
 7                Mr. Vallecilla, do you understand your right to
 8   have a lawyer?
 9                DEFENDANT VALLECILLA:  Yes.
10                THE COURT:  Can you afford to hire a lawyer?
11                DEFENDANT VALLECILLA:  No, I do not.
12                THE COURT:  And would you like me to appoint a
13   lawyer to represent you?
14                DEFENDANT VALLECILLA:  Of course, yes.
15                THE COURT:  I will appoint Mr. Bridges to
16   represent you in this matter.
17                In connection with the charges against all of the
18   defendants, I do want you to know that you have the right to
19   remain silent.  You're not required to make any statement to
20   anyone and you're not required to make any statement to law
21   enforcement.
22                If you've made a statement, including to law
23   enforcement, you're not required to say anything more.  If
24   you start to make a statement, you can stop making that
25   statement at any time.
```

1       You may consult with your lawyer before any
2  questioning and you may have your lawyer present with you
3  during any questioning if you would like.  If you make a
4  statement during questioning, it may be used against you.
5       Do you understand that right to remain silent,
6  Mr. Yesquen?
7       DEFENDANT YESQUEN:  Okay.  I understand.
8       THE COURT:  Mr. Estupinan, do you understand that
9  right?
10      DEFENDANT ESTUPINAN:  Yes, I understand.
11      THE COURT:  Mr. Vallecilla -- and, I'm sorry,
12 Mr. Toloza Estupinan, do you understand that?  Mr. Toloza
13 Estupinan, Oscar?
14      DEFENDANT ESTUPINAN:  Yes.
15      THE COURT:  And, Mr. Caicedo Vallecilla, do you
16 understand that?
17      DEFENDANT VALLECILLA:  Yes, of course.
18      THE COURT:  I also want to explain that if you are
19 a citizen of a foreign country, you do have the right to
20 consult with a representative of that country and you have
21 the right to have the matter of bail considered.  I am
22 prepared to consider that issue now.
23      Let me first hear from the government.
24      MS. GOODIN:  Yes, Your Honor.  For all of the
25 defendants, the government would move for detention in

1   accordance with 18 U.S.C. 3142(f)(1)(C) because they are
2   charged with an offense for which the max term of
3   imprisonment of ten years or more is prescribed.
4   　　　　Further, the indictment triggers a presumption of
5   detention in accordance with 18 U.S.C. 3142(e)(3)(A), again,
6   because the offense has a max term of ten years or more.
7   　　　　Additional factors supporting detention include
8   that none of the defendants have any ties with the Middle
9   District of Florida, all of the defendants are foreign
10  nationals who are paroled here following detention by the
11  U.S. Coast Guard in international waters, and all of their
12  immediate family resides in those countries.
13  　　　　There are also ice detainers in effect for all of
14  the defendants.
15  　　　　And then, finally, specifically with Mr. Estupinan
16  Yesquen, there is a record of a prior conviction, which
17  speaks to his danger to the community.
18  　　　　And for all those reasons, the Coast Guard -- the
19  United States would move for detention for all three
20  defendants.
21  　　　　THE COURT:  Mr. Allen?
22  　　　　MR. ALLEN:  Your Honor, we would just reserve on
23  the issue of bond, please.
24  　　　　THE COURT:  And Ms. Borghetti and Ms. Brochard.
25  　　　　MS. BROCHARD:  We would reserve on the issue of

```
 1   bond, especially because of the quarantine at Pinellas
 2   County jail and the issue of COVID19 right now.
 3              THE COURT:  Mr. Bridges?  You're on mute,
 4   Mr. Bridges.
 5              MR. BRIDGES:  I had pressed the speech bar, I
 6   thought it was going to take me off mute.  Apparently not.
 7              We also were going to reserve as to
 8   Mr. Vallecilla.
 9              THE COURT:  All right.  As to all the defendants,
10   you will be detained and remanded into the custody of the
11   United States Marshal pending further proceedings in your
12   case.
13              Mr. Allen, are you prepared to move forward with
14   the arraignment?
15              MR. ALLEN:  Yes, Your Honor.  The superseding
16   two-count indictment has been read to my client in Spanish.
17   We will waive formal reading of the indictment.  We would
18   enter pleas of not guilty to both charges and request
19   Rule 16 discovery.
20              THE COURT:  Ms. Brochard.
21              MS. BROCHARD:  The superseding indictment has been
22   read to my client in Spanish, so we can waive the formal
23   reading of the indictment.  And we are gonna enter a plea of
24   not guilty on all counts and we would request to participate
25   in Rule 16 discovery.
```

1     THE COURT: Mr. Bridges?

2     MR. BRIDGES: We likewise will waive formal
3  reading, enter a plea of not guilty, and participate in
4  discovery.

5     THE COURT: And, Ms. Goodin, would you-all like
6  reciprocal discovery?

7     MS. GOODIN: Yes, Your Honor. Thank you.

8     THE COURT: As to all of the charges against you,
9  pleas of not guilty will be entered. Your case is before
10 Judge Barber for purposes of trial. Judge Barber will have
11 a status conference in your case on November 19 at 1:30.
12 Your case will be scheduled during the trial term that
13 begins December 7. Your case is before me for purposes of
14 discovery and I will enter a discovery order.

15     Thank you, everyone. That is all we have for that
16 matter. We're in recess as to that matter.

17          (Proceedings concluded.)

```
 1  UNITED STATES DISTRICT COURT )
                                 )
 2  MIDDLE DISTRICT OF FLORIDA   )

 3
                    **REPORTER TRANSCRIPT CERTIFICATE**
 4
        I, Howard W. Jones, Official Court Reporter for the
 5  United States District Court, Middle District of Florida,
    certify, pursuant to *Section 753, Title 28, United States*
 6  *Code*, that the foregoing is a true and correct transcription
    of the stenographic notes taken by the undersigned in the
 7  above-entitled matter (Pages 1 through 11 inclusive) and
    that the transcript page format is in conformance with the
 8  regulations of the Judicial Conference of the United States
    of America.
 9

10                                  /s    *Howard W. Jones*
                                        _____
11                                  Howard W. Jones, RPR, CMR, FCRR
                                    Official Court Reporter
12                                  United States District Court
                                    Middle District of Florida
13                                  Tampa Division
                                    Date:  10-15-2021
14
```